## IN THE UNITED STATES DISTRICT COURT
## DISTRICT OF NEW MEXICO

| | |
|---|---|
| **UNITED STATES OF AMERICA** § | |
| § | |
| v.   § | CAUSE NO. 1: 24-CR-1493-MLG (5) |
| § | |
| § | |
| **THERESA ATENCIO.** § | |
| **Defendant.** § | |

## MOTION FOR SUBSTITUTION OF COUNSEL

This Motion for Substitution of Counsel is brought by Defendant, Theresa Atencio, who requests that the Court permit Felix Valenzuela to substitute as attorney of record in this case and shows the following:

Felix Valenzuela was retained to represent Defendant in this case.

Christopher Dodd, attorney, consents to the substitution, as evidenced by the signature on this motion.

This Motion is not sought for the purposes of delay, but that justice might be done.

Defendant prays that the Court enter an order substituting Felix Valenzuela and discharging Christopher Dodd, as attorney of record for Defendant.

Wherefore, premises considered, Defendant respectfully requests that the Court grant the instant motion and substitute Felix Valenzuela and discharge Christopher Dodd, as attorney of record for Defendant. Defendant also prays for all other relief to which she is entitled, in both equity and law.

Respectfully submitted,

Valenzuela Law Firm
701 Magoffin Avenue
El Paso, Texas 79901
T: 915-209-2719
F: 915-493-2404

By: _____
State Bar No. 24076745
felix@valenzuela-law.com

Attorney for Defendant

## **CERTIFICATE OF SERVICE**

      I hereby certify that, on  __11/21/2024__ , I electronically filed the foregoing with the Clerk of Court using the CM/ECF system which shall send notification of such filing to the following to all parties.

_____
Felix Valenzuela

# IN THE UNITED STATES DISTRICT COURT
# DISTRICT OF NEW MEXICO

| | |
|---|---|
| UNITED STATES OF AMERICA § | |
| § | |
| v.  § | CAUSE NO. 1: 24-CR-1493-MLG (5) |
| § | |
| § | |
| THERESA ATENCIO. § | |
|   Defendant. § | |

## ORDER ON MOTION FOR SUBSTITUTION OF COUNSEL

On this day, the Court considered Defendant Theresa Atencio's Motion for Substitution. After considering the motion, attendant responses, and the arguments adduced by counsel, the Court is of the opinion that the Motion should be granted.

Accordingly, IT IS ORDERED that Defendant Theresa Atencio's Motion for Substitution of Counsel is GRANTED.

IT IS THEREFORE ORDERED that Christopher Dodd is discharged as attorney of record and Felix Valenzuela is substituted as attorney of record for Defendant.

SIGNED on the _____ day of _____, 2024.

_____
**MATTHEW L. GARCIA**
**UNITED STATES DISTRICT JUDGE**

Agreed:

By: __/s/ Christopher Dodd_____
    Christopher Dodd

By: _____
    Theresa Atencio