AO 442 (Rev. 11/11) Arrest Warrant

# UNITED STATES DISTRICT COURT
for the
District of New Mexico

| United States of America | ) | |
|---|---|---|
| v. | ) | Case No. 24-1493 MLG |
| | ) | |
| Michael Garcia | ) | |
| Defendant | ) | |

FILED
UNITED STATES DISTRICT COURT
ALBUQUERQUE, NEW MEXICO
JAN 28 2025
MITCHELL R. ELFERS
CLERK

## ARREST WARRANT

To: Any authorized law enforcement officer

**YOU ARE COMMANDED** to arrest and bring before a United States magistrate judge without unnecessary delay

*(name of person to be arrested)* Michael Garcia,
who is accused of an offense or violation based on the following document filed with the court:

☑ Indictment  ☐ Superseding Indictment  ☐ Information  ☐ Superseding Information  ☐ Complaint
☐ Probation Violation Petition  ☐ Supervised Release Violation Petition  ☐ Violation Notice  ☐ Order of the Court

This offense is briefly described as follows:

Count 1: 18 U.S.C. § 371: Conspiracy;

Count 2: 18 U.S.C. §§ 1791(a)(1), (b)(1), (b)(4): Attempt to Provide a Prohibited Object to an Inmate of a Prison; 18 U.S.C. § 2: Aiding and Abetting;

Date: 10/22/2024

*Issuing officer's signature*

City and state: Albuquerque, New Mexico

Mitchell R. Elfers, Clerk of Court
*Printed name and title*

### Return

This warrant was received on *(date)* 10/22/2024, and the person was arrested on *(date)* 1/28/2025
at *(city and state)* Albuquerque, NM.

Date: 1/28/2025

*Arresting officer's signature*

DUSM Tyler K Foster
*Printed name and title*