IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEW MEXICO

| | |
|---|---|
| UNITED STATES OF AMERICA,<br>    Plaintiff, | §<br>§<br>§ |
| vs. | §    CAUSE NO. 1: 24-CR-1493-JFR |
| | § |
| THERESA ATENCIO,<br>    Defendant. | §<br>§<br>§ |

## ORDER

On this day, the Court considered Defendant's Unopposed Motion to Continue filed in the above-captioned cause. After due consideration, the Court is of the opinion that the Motion should be granted.

Accordingly, **IT IS HEREBY ORDERED** that Defendant's Unopposed Motion to Continue is **GRANTED.**

**IT IS FURTHER ORDERED** that the sentencing hearing in this cause is reset for September 25, 2025

**SIGNED** this  20th  day of August 2025.

_____
**JOHN F. ROBBENHAAR**
**UNITED STATES MAGISTRATE JUDGE**

1